■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v PHILIP SYMMONDS, Appellant. — Appeal by defendant from a judgment of the Supreme Court, Queens County (Agresta, J.), rendered September 13, 1983, convicting him of murder in the second degree and robbery in the first degree (two counts), upon a jury verdict, and imposing sentence.

Judgment affirmed.

Defendant argues that his arrest was illegal because the police entered a third party's abode without a search warrant. Testimony disclosed that after knocking at the door they were permitted entry by the occupant of the abode, thereby creating a consensual entry (*see, People v Keenan,* 91 AD2d 1049). Defendant has not demonstrated that he had any expectation of the right of privacy in the area searched (*People v Ponto,* 103 AD2d 573).

The police, upon discovering that defendant may have other criminal cases pending against him, promptly conducted an inquiry which determined there were none. Under such circum-

stances, there was no violation of defendant's rights (*People v Gee,* 104 AD2d 561).

We see no merit to defendant's other contentions. Mollen, P. J., Rubin, Lawrence and Kunzeman, JJ., concur.